FILED
2007 DEC 27 AM 11: 39

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Jessie ECHEVERRIA-Ramirez <br><br> Defendant. | Magistrate Case No. 07 MJ 2992 <br><br> COMPLAINT FOR VIOLATION OF <br><br> 21 U.S.C. § 952 and 960 <br> Importation of a Controlled Substance <br> (Felony) |

The undersigned complainant being duly sworn states:

That on or about December 26, 2007, within the Southern District of California, defendant Jessie ECHEVERRIA-Ramirez did knowingly and intentionally import approximately 2.12 kilograms (4.66 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent,
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 27TH, DAY OF DECEMBER 2007.

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Jessie ECHEVERRIA-Ramirez

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to Immigration and Customs Enforcement Special Agent Silva.

On December 26, 2007, at approximately 2030 hours, Jessie ECHEVERRIA-Ramirez entered the United States at the Calexico, California, West Port of Entry. ECHEVERRIA was the driver and sole occupant of a 1987 Ford Thunderbird, bearing license plates CA/US 2GUN331. The vehicle approached lane 7 manned by CBPO E. Garcia. CBPO Garcia received a negative oral Customs declaration from ECHEVERRIA. CBPO Garcia asked ECHEVERRIA if he was the owner of the vehicle and ECHEVERRIA stated he has owned the vehicle for a few months. ECHEVERRIA handed CBPO Garcia his U.S. Passport, with a shaky hand.

CBPO Garcia had ECHEVERRIA open the driver side door. CBPO Garcia saw what appeared to be a clear plastic bag inside the vehicle's quarter panel. CBPO Garcia escorted the driver and vehicle to the vehicle secondary lot for further inspection.

A subsequent inspection of the vehicle revealed 2 packages in the quarter panels of the vehicle. One of the packages was probed by CBPO Garcia and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 2 packages had a combined weight of approximately 2.12 kilograms (4.66 pounds).

ECHEVERRIA was booked into the Imperial County Jail pending his initial appearance before a U.S. Magistrate Judge.